**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

VIRTIS LEE ALFORD                                                                                    PLAINTIFF

v.                                          No. 2:11CV00042 JLH-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Michael J. Astrue, Commissioner of the Social Security Administration. The complaint of Virtis Lee Alford is dismissed with prejudice.

IT IS SO ORDERED this 27th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE